DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA MICHAEL NICHOLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-82

_____

December 15, 2023

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Rachel Paige Roebuck, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.